Certificate Number: 05781-PAM-DE-028862068

Bankruptcy Case Number: 17-00030



05781-PAM-DE-028862068

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 25, 2017, at 5:17 o'clock AM PST, Mary Jane Hall completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  March 5, 2017

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President