```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                              Case No. 17-00030-JJT
Mary Jane Hall                                                      Chapter 7
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: admin              Page 1 of 1              Date Rcvd: Apr 10, 2017
                              Form ID: 318             Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2017.
```
db              Mary Jane Hall,    14 Winthrop St,    Archbald, PA  18403-2311
4871046         AARP Credit Cards Chase,    PO Box 1423,    Charlotte, NC  28201-1423
4871045        +FMA Alliance, Ltd.,    12339 Cutten Road,    Houston, TX  77066-1807
4871040         LRBSA,   P0 Box 280,    Olyphant, PA  18447-0280
4871033         PNC Bank,    PO Box 856177,    Louisville, KY  40285-6177
4871041         PPL,   PO Box 9001845,    Louisville, KY  40290-1845
4886652        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA  23541-1021
4871035         PayPal Credit,    PO Box 105658,    Atlanta, GA  30348-5658
4871042         Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA  15250-7412
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4871030         EDI: BANKAMER.COM Apr 10 2017 19:03:00     Bank of America,    PO Box 15222,
                 Wilmington, DE  19886-5222
4871032         EDI: CAPITALONE.COM Apr 10 2017 19:03:00     Capital One,    PO Box 71083,
                 Charlotte, NC  28272-1083
4871047         EDI: TSYS2.COM Apr 10 2017 19:03:00     Card Services,    PO Box 13337,
                 Philadelphia, PA  19101-3337
4871031         EDI: RCSFNBMARIN.COM Apr 10 2017 19:03:00     Credit One Bank,    PO Box 60500,
                 Industry, CA  91716-0500
4871043         EDI: DIRECTV.COM Apr 10 2017 19:04:00     Directv,    PO Box 6550,    Greenwood Village, CO  80155
4871037        +EDI: LEADINGEDGE.COM Apr 10 2017 19:03:00     Global Credit & Collection Corp,
                 5440 N Cumberland Ave STE 300,    Chicago, IL  60656-1486
4871044         EDI: IRS.COM Apr 10 2017 19:03:00     IRS,    PO Box 37004,    Hartford, CT  06176-7004
4871039         EDI: CBSKOHLS.COM Apr 10 2017 19:03:00     Kohls,    PO Box 2983,    Milwaukee, WI  53201-2983
4871034         EDI: MERRICKBANK.COM Apr 10 2017 19:03:00     Merrick Bank,    PO Box 660702,
                 Dallas, TX  75266-0702
4871038         EDI: PRA.COM Apr 10 2017 19:03:00     Portfolio Recovery Associates LLC,    PO Box 12914,
                 Norfolk, VA  23541
4871036         EDI: USBANKARS.COM Apr 10 2017 19:03:00     US Bank,    PO Box 790408,
                 St. Louis, MO  63179-0408
4871048         EDI: VERIZONCOMB.COM Apr 10 2017 19:04:00     Verizon,    PO Box 28000,
                 Lehigh Valley, PA  18002-8000
                                                                                              TOTAL: 12

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA  23541-1021
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
```
              Edward James Kaushas    on behalf of Debtor Mary Jane Hall Ekaushas@kaushaslaw.com
              James  Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Mary Jane Hall** | Social Security number or ITIN | xxx–xx–4954 |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN | _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | | |
| Case number:  **5:17–bk–00030–JJT** | | | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Mary Jane Hall

**By the court:**   _/s/ John J. Thomas_

April 10, 2017

   Honorable John J. Thomas
   United States Bankruptcy Judge

   By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**